AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOSE MARTIN ISLAS,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV323-2

DHS/ICE OFFICE OF CHIEF COUNSEL-ATD,

Respondent,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated April 3, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Petitioner's 28 US.C. § 2241 is dismissed without ptejudice. This action stands closed.



April 3, 2023  
Date

John E. Triplett, Clerk of Court  
Clerk

(By) Deputy Clerk

GAS Rev 10/2020